APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kimyuna K Jackson
(Please print)

STREET ADDRESS: 8744 S. Bennett

CITY/STATE/ZIP: Chgo, IL 60617

PHONE NUMBER: (708) 668-3035

CASE NUMBER: 08-CV-3382

Signature: Kimyna Jackson    Date: 6/17/08

FILED
JUN 17 2008
6-17-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NF