## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kimyuna Jackson
(Please print)

STREET ADDRESS: 8740 S. Bennet

CITY/STATE/ZIP: Chgo, IL 60617

PHONE NUMBER: (708) 668-3035

CASE NUMBER: 08C3382

Signature: Kimyuna Jackson      Date: 6/25/08

FILED
JUN 2 5 2008  NF
6-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT