UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   08 C 3382

    Kimyuna Jackson,

        v.

    City of Chicago, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant.

| SIGNATURE | | |
|---|---|---|
| /s/ Suyon Reed | | Assistant Corporation Counsel |
| FIRM  City of Chicago, Department of Law | | |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 | | |
| CITY/STATE/ZIP   Chicago, IL 60602 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06280973 | | TELEPHONE NUMBER  (312) 744-3283 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐