UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMYUNA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 3382 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE GETTLEMAN |
| | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago, by its attorney, Mara S. Georges, moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until August 22, 2008, and, in support, state as follows:

1. Plaintiff filed her complaint in the Circuit Court of Cook County on May 1, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 against the City of Chicago.

2. On June 12, 2008, Defendant City of Chicago filed a Notice of Removal to Federal Court. (See, Doc. No. 1).

3. The undersigned attorney filed her appearance on July 7, 2008, upon receipt of the file on behalf on the City of Chicago.

4. The undersigned attorney needs to review and investigate all of the allegations alleged in the complaint before filing a responsive pleading.

5. As far as can be determined, this motion will not prejudice the Plaintiff or unduly burden the court's management schedule. Therefore, the Defendant requests until August 22, 2008.

WHEREFORE, Defendant requests this court to enter an order granting an extension to August 22, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

        Respectfully submitted,

        MARA S. GEORGES
        Corporation Counsel of the City of Chicago

By:   /s/ Suyon Reed
       Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois  60602
(312) 744-3283
Attorney No. 06280973