UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMYUNA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 3382 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE GETTLEMAN |
| | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

**To:**   Kimyuna Jackson
8744 S. Bennett
Chicago, Il 60617

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, and via U.S. Mail before 5:00 p.m. on this 11th day of July, 2008.

**PLEASE TAKE FURTHER NOTICE** that on **July 17, 2008 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gettleman, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

**DATED** this 11th day of July, 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

By: /s/ Suyon Reed
Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois  60602
(312) 744-3283
Attorney No. 06280973