**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s): Kimyuna K Jackson

v.

Defendant(s): City of Chicago

Case Number: 1:08-CV-03382

Judge: Robert W. Gettleman

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Kimyuna K Jackson, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   Legal Assistance foundation

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: Kimyuna Jackson
Date: 7/14/08

Street Address: 8744 S. Bennett
City, State, ZIP: Chicago, IL 60617

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |