## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3382 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Kimyuna Jackson     vs     City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application is granted.
Plaintiff's motion for appointment of counsel is denied without prejudice to renewal.
Deefndant's motion to extend time to 8/22/2008 to answer or otherwise plead is granted.

[Docketing to mail notices]

00:04

| | |
|---|---|
| Courtroom Deputy Initials: | GDS |