IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF ILLINOIS

EASTERN DIVISION

**FILED**
JUL 17 2008
JuL 17 2008
Judge Robert W. Gettleman
United States District Court

KIMYUNA JACKSON

Plaintiffs,

V

NO. 08 C3382

The Honorable Judge    GETTLEMAN

CITY OFCHICAGO

Defendants.

Notice of Motion

To. Mara S. Georges

Corporation Counsel of the City of Chicago

30 North LaSalle –Street 1400

Chicago, Illinois 60602

Please take notice that on July 22, 2008 9:15 or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman, or any judge sitting in his stead in the court room usually occupied by him in the United States District Court, Northern District of Illinois, and present a motion to remand case back to state court.

Kimyuna Jackson

Pro Se Plaintiff

*Kimyuna Jackson* (signature)

8744 s Bennett

Chicago, Illinois 60617

(708) 668-3035

7-17-08

### Certificate of Service

I Kimyuna Jackson Pro Se attorney in this case, hereby certify that

I caused a copy of the aforementioned document to be delivered to the person named hereinabove by facsimile and placed a copy in the U.S Mail at

Chicago, Illinois, with proper postage prepaid.