IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF ILLINOIS

EASTERN DIVISION

**FILED**

JUL 17 2008

Jul 17 2008

Judge Robert W. Gettleman
United States District Court

KIMYUNA JACKSON

Plaintiffs.

V

NO. 08 C3382

The Honorable Judge GETTLEMAN

CITY OFCHICAGO

Defendants.

PLAINTIFFs' MOTION TO REMAND CLASS ACTION BACK TO STATE COURTS FROM WHICH IT WAS REMOVED

Plaintiff, Kimyuna Jackson in her official capacity as a Pro Se attorney in this case, submit this memorandum in support of the plaintiff's motion to remand this case back to state court pursuant to Rule 28 USC 1446 (b)4 1447 (c)(e)

The Plaintiff attach and incorporate herein their Memorandum of Law in support of support of this motion remand