Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3382 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Kimyuna Jackson   vs   City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to remand is denied.

[Docketing to mail  notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|