UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMYUNA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 3382 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE GETTLEMAN |
| | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

**To:**   Kimyuna Jackson
   8744 S. Bennett
   Chicago, Il 60617

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANT'S MOTION TO DISMISS,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, and via U.S. Mail before 5:00 p.m. on this 22nd day of August, 2008.

**PLEASE TAKE FURTHER NOTICE** that on **August 27, 2008 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gettleman, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

   **DATED** this 22nd day of August, 2008.

                                             Respectfully submitted,

                                             MARA S. GEORGES
                                             Corporation Counsel of the City of Chicago

                                             By: /s/ Suyon Reed
                                             Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois  60602
(312) 744-3283
Attorney No. 06280973