## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3382 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Kimyuna Jackson　　vs　　City of Chicago | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to dismiss is continued to 9/23/2008, at 9:15 a.m.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|